UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAYRA GONZALEZ,

Plaintiff,

-against-

KING CHARLES; POPE LEO THE VATICAN,

Defendants.

26-CV-10025 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR AMENDED IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees—a $350.00 filing fee plus a $55.00 administrative fee—or, to request authorization to proceed without prepayment of fees, submit a signed *in forma pauperis* ("IFP") application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted an IFP application, but it is incomplete. Plaintiff states that she was last employed in 2008, and that she currently has no source of income. She leaves blank the remaining questions on the IFP application, including questions about any money she may have in cash or in a bank account and questions about her property, living expenses, dependents and debt. Because Plaintiff's IFP application does not provide a full accounting of her financial circumstances, the Court is unable to determine whether she can pay the fees to bring this action.

Accordingly, within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit an amended IFP application. If Plaintiff submits the amended IFP application, it should be labeled with docket number 26-CV-10025 (LTS), and address the deficiencies described above by answering all questions on the IFP application and providing facts to establish that she is unable to pay the filing fees. If the Court grants the amended IFP

application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to any self-represented party who has not consented to e-service or who has not been granted e-filing privileges.

SO ORDERED.

Dated: November 19, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge